DEENA K. DIETRICH, Respondent, v TAKAKO MICHII, Appellant. [870 NYS2d 181]

Memorandum: In this action for breach of contract, defendant appeals from an order finding her in contempt of court for failing to comply with the terms of a prior order and imposing sanctions that included, inter alia, a term of intermittent incarceration. Contrary to defendant's contention, plaintiff established by clear and convincing evidence that defendant, a judgment debtor, refused to obey the prior order (*see Gray v Giarrizzo*, 47 AD3d 765 [2008]), and that her conduct did "defeat, impair, impede, [and] prejudice the rights [and] remedies of" plaintiff (Judiciary Law § 770). Consequently, Supreme Court providently exercised its discretion in imposing a term of intermittent incarceration upon finding defendant in civil contempt (*see* § 753 [A] [1]; *cf. Gray*, 47 AD3d at 766; *see generally McCain v Dinkins*, 84 NY2d 216, 225-226 [1994]). Indeed, the record supports the court's determination that defendant failed to present credible evidence that she was financially un-

able to comply with the prior order (*see Matter of Powers v Powers*, 86 NY2d 63, 69-70 [1995]; *Matter of Commissioner of Social Servs. v Rosen*, 289 AD2d 487, 488 [2001]; *cf. Joachim v Joachim*, 57 AD2d 546 [1977], *appeal dismissed* 42 NY2d 1011 [1977], *cert denied* 434 US 1066 [1978]). Present—Scudder, P.J., Smith, Centra and Fahey, JJ.